STEPHEN J. ERIGERO (SBN 121616)
TAHEREH MAHMOUDIAN (SBN 217120)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:   serigero@rmkb.com
         tmahmoudian@rmkb.com

Attorneys for Defendant
METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIA LAMPKIN,<br><br>            Plaintiff,<br><br>v.<br><br>METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO.  2:12-CV-01193-JAM-KJN<br>[Honorable John A. Mendez]<br><br>Former Sacramento County Superior Court Action, Case No. 34-2012-00119137<br><br>**STIPULATION** AND ORDER REGARDING **REMANDING ACTION** |

## STIPULATION

**WHEREAS**, plaintiff MAIA LAMPKIN (hereinafter "Plaintiff"), does not seek, and will not recover, in the above-captioned action, before this or any court damages in excess of $75,000, excluding costs of suit, arising from, related to or in connection with, directly or indirectly, the subject matter of this litigation regarding Plaintiff's claim or claims for insurance benefits under Policy No. 8993462920, written and issued by defendant METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY to Plaintiff (hereinafter "the Claim"); nor will Plaintiff do so in the future for any reason;

**WHEREAS**, no judgment in favor of Plaintiff in the above-captioned action pending before this court or any other court shall exceed $75,000, excluding costs of suit and interest;

**WHEREAS**, Plaintiff and defendant METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY (hereinafter "METROPOLITAN"), by and through their respective counsel, have agreed to and executed the Stipulation and Proposed Order Limiting Amount in Controversy and Damages Recoverable attached hereto as Exhibit "A," which shall be filed with the Sacramento County Superior Court following the remand of this action;

**WHEREAS**, METROPOLITAN consents to the remand of this action to the Sacramento County Superior Court based on the foregoing, and subject to the terms of this Stipulation and the Stipulation and Proposed Order Limiting Amount in Controversy and Damages Recoverable attached hereto as Exhibit "A";

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and METROPOLITAN, by and through their respective counsel, that the above-captioned action shall be, and hereby is remanded to the Sacramento County Superior Court.

Dated: October ___, 2012        LAW OFFICES OF ALAN M. LASKIN

                                By: */s/ Alan. M. Laskin*
                                ALAN M. LASKIN
                                Attorneys for Plaintiff, MAIA
                                LAMPKIN

Dated: October ___, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Stephen J. Erigero*
STEPHEN J. ERIGERO
TAHEREH MAHMOUDIAN
Attorneys for Defendant,
METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' STIPULATION REMANDING ACTION (the "Stipulation"), the Stipulation is approved. Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Sacramento County Superior Court.

**IT IS SO ORDERED.**

Dated: October 3, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
Judge Of United States District Court,
Eastern District